|   |   |
|---|---|
| 1 | Eric Bensamochan, Bar #255482 |
| 2 | The Bensamochan Law Firm |
|   | 30851 Agoura Rd # 114 |
|   | Agoura Hills, Ca 91301 |
| 3 | 818-907-5866  (FAX) 818-461-5959 |
|   | ATTORNEY FOR PLAINTIFF |

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC       )
                                  )
        Plaintiff,        vs.     )   Case No.: 5:08-CV-00489-WDK-FMO
                                  )
JAIME GAMEZ, et al,               )   **RENEWAL OF JUDGMENT BY CLERK**
                                  )
        Defendant,                )
                                  )

  Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

  Judgment in favor of Plaintiff, J&J Sports Productions, Inc., and against Defendant, Jaime Gamez individually a/k/a Jaime Atilio Gamez d/b/a San Marcos Restaurant a/k/a Mariscos Restaurante San Marcos and Rosa Elvira Gamez individually a/k/a Rosa E. Gamez d/b/a San Marcos Restaurant a/k/a Mariscos Restaurante San Marcos, entered on September 30, 2010, be and the same is hereby renewed in the amounts as set forth below:

   Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 1,957.80 |
| b. | Costs after judgment | $ | 00.00 |
| c. | Subtotal *(add a and b)* | $ | 1,957.80 |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | $ | 1,957.80 |
| f. | Interest after judgment(.25%) | $ | 48.70 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| **h.** | Total renewed judgment (add e, f and g) | $ | **2,006.50** |

Dated: 9/11/2020                          CLERK, by _____
                                                    Deputy

                                          Kiry A. Gray,
                                          Clerk of U.S. District Court

Renewal of Judgment